USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-25-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
IN RE: Fosamax Products Liability   :   MDL No. 1789
Litigation
                                    :
                                        1:06-md-1789 (JFK)
------------------------------------x        **Order**
This Document Relates to: All Actions :
------------------------------------x

JOHN F. KEENAN, United States District Judge:

      Defendant Merck has requested that I hear the motion to compel which Plaintiffs filed on April 18, 2008 before Magistrate Judge Francis. The motion appears to raise discovery issues that may have a broad impact on this MDL and, therefore, I would prefer to resolve the motion. Per the parties' stipulated briefing schedule, Merck's response is due on May 12, 2008 and Plaintiff's reply is due on May 19, 2008.

SO ORDERED.

Dated:    New York, New York
         April 24, 2008

                                      /s/ John F. Keenan
                                      JOHN F. KEENAN
                                 United States District Judge