UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

FOSAMAX PRODUCTS LIABILITY LITIGATION

*This Document Relates To All Actions*

MASTER FILE

1:06-MD-1789 (JFK)

## ORDER FOR ADMISSION PRO HAC VICE

Considering the Certificate of Good Standing and all other documents required by Case

Management Order No. 5 submitted by counsel, IT IS HEREBY ORDERED that:

      Applicant's Name:  Craig A. Thompson

      Firm Name:  Venable LLP

      Address:  Two Hopkins Plaza, Suite 1800

      City/State/Zip:  Baltimore, Maryland  21201

      Telephone/Fax:  (410) 244-7400/(410) 244-7742

      Email Address:  cathompson@venable.com

is admitted to practice pro hac vice as counsel for Merck & Co., Inc. in the above captioned case

in the United States District Court for the Southern District of New York.

Dated: May 7, 2008

      New York, New York

                    *John F. Keenan*
                                 United States District Judge