```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-21-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
IN RE: FOSAMAX PRODUCTS LIABILITY  :
LITIGATION
                                   :   MDL No. 1789
                                       1:06-md-1789 (JFK)
_____x
*This Document Relates to:*         :   **ORDER**
All actions                         :
------------------------------------x

JOHN F. KEENAN, United States District Judge:

    Oral argument on Plaintiffs' motion to compel production of documents will take place at 10:00 a.m. on June 2, 2008 in Courtroom 20-C.

SO ORDERED.

Dated:    New York, New York
          May 21, 2008

                                    /s/ John F. Keenan
                                  JOHN F. KEENAN
                              United States District Judge