USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-30-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br>Fosamax Products Liability Litigation | Case No: 1:06-MD-1789 |
| *This Document Relates to All Cases* | |

### ORDER

**IT IS HEREBY ORDERED** that Mike Miller of the firm Solberg, Stewart, Miller & Tjon, located at 1129 5th Avenue South, Fargo, ND 58103, be, and in the same hereby is, admitted *Pro Hac Vice* as it pertains to the above-referenced litigation of this Court.

**DATED** this ___ day of May, 2008.

By: _____
JOHN F. KEENAN
UNITED STATES DISTRICT JUDGE

AO 136A (Rev.9/98) Certificate of Good Standing

# United States District Court
District of North Dakota

# CERTIFICATE OF GOOD STANDING

I, Robert Ansley, Clerk of this Court, certify that

**Mike Miller** was duly admitted to

practice in this Court on March 9, 1979,

and is in good standing in this Court.

Dated at Fargo, North Dakota on May 1, 2008.

Robert Ansley
Clerk

By Deputy Clerk - Leah Riveland-Foster